FILED

03/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0380

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0380

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MARY DARLEAN WRIGHT,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 1, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2023